Anna Y. Park, SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Elizabeth Naccarato, SBN 11221
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Ste 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094
E-Mail: Elizabeth.naccarato@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PIONEER HOTEL, INC. d/b/a PIONEER HOTEL AND GAMBLING HALL; ARCHON CORPORATION; and Does 1-10 inclusive;<br><br>　　　　　Defendants | Case No: 2:11-cv-01588-LRH-RJJ<br><br>**NOTICE OF SEPARATION OF GOVERNMENT ATTORNEY MICHAEL J. FARRELL** |

TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, DEFENDANT, AND ALL ATTORNEYS OF RECORD:

1

1    Please take notice that on September 7, 2012, Michael J. Farrell separated from the
2 Plaintiff U.S. Equal Employment Commission ("EEOC").  As a result, Mr. Farrell is no longer
3 serving as counsel of record for this case.  Therefore, Mr. Farrell should no longer receive
4 CM/ECF notices for this case.

Date:   September 14, 2012

Respectfully Submitted,

 /s/  Anna Y. Park
Anna Y. Park

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:  September 29, 2012

2