DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> PIONEER HOTEL, INC. d/b/a PIONEER HOTEL AND GAMBLING HALL; and Does 1-10 inclusive; <br><br> Defendants. | Case No: 2:11-cv-01588-LRH-RJJ |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Miguel Escobar to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Escobar is an attorney with the United States Equal Employment Opportunity Commission ("EEOC"), Las Vegas Local Office, an agency of the Federal Government. Mr. Escobar is a member in good standing of the Bar of New Jersey, Bar No. 002952011.

1

The following contact information is provided to the Court:

    Miguel Escobar
    U.S. Equal Employment Opportunity Commission
    Las Vegas Local Office
    333 Las Vegas Boulevard South, Suite 8112
    Las Vegas, Nevada 89101
    Tel: (702) 388-5085
    Fax: (702) 388-5094
    Email: miguel.escobar@eeoc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Miguel Escobar to practice before this honorable Court.

Respectfully submitted this 17th day of December 2012.

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Blaine Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 17, 2012

**PROOF OF SERVICE**

I, Blaine Welsh, certify that the following individuals were served the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, Nevada 89169
Tel: (702) 369-6805
Facsimile: (702) 369-3888
suzanne.martin@ogletreedeakins.com

*Attorney for Defendant.*

DATED this 17th day of December 2012.

　　　　　　　　　　　　　　　　　　　　*/s/ Blaine Welsh*
　　　　　　　　　　　　　　　　　　　　BLAINE T. WELSH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

3