DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PIONEER HOTEL, INC. d/b/a PIONEER HOTEL AND GAMBLING HALL; and Does 1-10 inclusive;<br><br>Defendants. | Case No: 2:11-cv-01588-LRH-NJK |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Peggy Farrell to practice before this honorable Court during the duration of her employment as a Supervisory Trial Attorney for the United States Equal Employment Opportunity Commission ("EEOC").

Mrs. Farrell is a supervisory trial attorney with the United States Equal Employment Opportunity Commission ("EEOC"), Los Angeles District Office, an agency of the Federal Government. Mrs. Farrell is a member in good standing of the Bar of California, Bar No. 210853.

The following contact information is provided to the Court:

>Peggy Farrell
>U.S. Equal Employment Opportunity Commission
>Los Angeles District Office
>255 E. Temple Street, 4th Floor
>Los Angeles, CA 90012
>Tel: (213) 894-3668
>Fax: (213) 894-1301
>Email: peggy.farrell@eeoc.gov

Accordingly, the United States respectfully requests that an order be issued allowing Peggy Farrell to practice before this honorable Court during the duration of her employment with the EEOC.

Respectfully submitted this 16th day of January 2013.

>DANIEL G. BOGDEN
>United States Attorney
>
>  /s/  Blaine Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

**IT IS SO ORDERED:**

*(signature)*

**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED:   March 4, 2013**