# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

U.S. EQUAL EMPLOYMENT OPPORTUNITY ）
COMMISSION, ）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiff, ）　　Case No.:　2:11-cv-01588-LRH-GWF
　　　　　　　　　　　　　　　　　　　）
vs. ）　　**ORDER**
　　　　　　　　　　　　　　　　　　　）
PIONEER HOTEL, INC., d/b/a PIONEER ）　　Motion for Stay (#64)
HOTEL AND GAMBLING HALL, ）
　　　　　　　　　　　　　　　　　　　）
　　　　　　　Defendant. ）
_____)

　　　　This matter comes before the Court on Plaintiff's Motion for Stay (#64), filed on October 1, 2013.  Plaintiff seeks a stay of the discovery deadlines in this case due to the October 1, 2013 lapse in appropriations for the funding of federal government operations.  Plaintiff represents it is subject to the Antideficiency Act, which provides that an "officer or employee of the United States Government [...] may not involve [the] government in a contract or obligation for the payment of money before an appropriation is made unless authorized by law[.]" 31 U.S.C. § 1341(a)(1)(B). Good cause appearing,

　　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Stay (#64) is **granted**.

　　　　**IT IS FURTHER ORDERED** that any deadlines to conduct or respond to discovery that occur while the government appropriations are lapsed shall be stayed for 30 days or until appropriations resume, whichever is sooner.

　　　　**IT IS FURTHER ORDERED** that, in the event the lapse in appropriations exceeds 30 days, the parties may file to extend the stay in discovery.

　　　　**IT IS FURTHER ORDERED** that the following discovery deadlines shall apply in this case:

1. Last date to complete discovery: **May 11, 2014**
2. Last date to amend pleadings and add parties: **February 10, 2014**
3. Last date to file interim status report: **March 10, 2014**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **March 10, 2014**
5. Last date to disclose rebuttal experts: **April 12, 2014**
6. Last date to file dispositive motions: **June 12, 2014**
7. Last date to file joint pretrial order: **July 11, 2014**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions

DATED this 2nd day of October, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge