DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov
*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PIONEER HOTEL, INC. d/b/a PIONEER  )<br>HOTEL AND GAMBLING HALL; and  )<br>Does 1-10 inclusive,  )<br>)<br>Defendants.  | Case No. 2:11-cv-01588 LRH GWF |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Jennifer Boulton to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of her employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1     Jennifer Boulton is an attorney with the United States Equal Employment Opportunity

2 Commission, an agency of the federal government.  Ms. Boulton is an active member in good standing

3 of the bar of the State of California, Bar No. 259076.

4     The following information is provided to the Court:

5 Jennifer Boulton
Trial Attorney
6 U.S. Equal Employment Opportunity Commission
255 E. Temple St., 4th Floor
7 Los Angeles, CA 90012
Telephone:  (213)-894-1079
8 Fax:  (213)-894-1301
Email:  jennifer.boulton@eeoc.gov

10     Accordingly, the United States respectfully requests that the Court admit Jennifer Boulton to

11 practice in the District of Nevada for the duration of her employment by the United States.

12     Respectfully submitted this 17th day of July 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

GEORGE FOLEY, JR.
United States Magistrate Judge
DATED:  July 18, 2014

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing**:

Suzanne L. Martin
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, Nevada 89169
Tel: (702) 369-6805
Facsimile: (702) 369-3888
suzanne.martin@ogletreedeakins.com

*Attorneys for Defendants Pioneer Hotel, Inc. doing business as Pioneer Hotel And Gambling Hall, and Does 1 – 10 Inclusive,*

Dated this 17th day of July 2014.

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney